UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re

Pacific Watercraft Group, Inc.,
dba Solo Watersports

Debtor.

Case No. 20-12192-TWD

NOTICE OF APPEARANCE

TO: DEBTOR; and

TO: CLERK OF THE COURT

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), Kathryn E. Perkins, Attorney for the United States Trustee, hereby enters her appearance on behalf of the United States Trustee for Region 18.

Dated: August 21, 2020.

Respectfully submitted,

Gregory M. Garvin
Acting United States Trustee for Region 18

/s/ *Kathryn E. Perkins*
Kathryn E. Perkins, Cal. Bar No. 240149
Attorney for the United States Trustee

NOTICE OF APPEARANCE Page - 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 20-12192-TWD    Doc 3    Filed 08/21/20    Ent. 08/21/20 09:55:26    Pg. 1 of 1