Honorable Timothy Dore
Chapter 11

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re

PACIFIC WATERCRAFT GROUP INC.,

Debtor(s).

No. 20-12192-TWD

NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**Virginia Burdette**
**5506 6th Ave S. – Suite 207**
**Seattle, WA  98108**
**206.441.0203**
**vab@andrewsburdette.com**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

DATE: August 21, 2020

Respectfully submitted,

GREGORY M. GARVIN
Acting United States Trustee for Region 18

*/s/ Kathryn E. Perkins*
Kathryn E. Perkins, Cal.Bar # 240149
Attorney for the United States Trustee

SUBCHAPTER V TRUSTEE

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 20-12192-TWD    Doc 4    Filed 08/21/20    Ent. 08/21/20 14:03:59    Pg. 1 of 3

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

IN RE: Pacific Watercraft Group Inc,

Debtor(s)

CASE NO. 20-12192

CHAPTER 11

**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $250, in addition to seeking reimbursement for any actual and necessary expenses I incur. I also anticipate seeking Court approval for the employment of Lisa Davis, with Spurgeon Davis & Co. LLC at the approximate hourly rate of $110 in "cramdown" cases; to assist me with reporting and monthly plan distributions, which I believe will result in substantial cost savings for the Debtor and bankruptcy estate.

1

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated: August 21st, 2020

_____
Virginia Andrews Burdette

Case 20-12192-TWD    Doc 4    Filed 08/21/20    Ent. 08/21/20 14:03:59    Pg. 3 of 3